Kevin A. Bay
TOUSLEY BRAIN STEPHENS PLLC
1700 7th Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kbay@tousley.com

*Counsel for Defendant Idaho Specialized Transportation, Inc. d/b/a Transgroup Worldwide Logistics*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RUNWAY LIQUIDATION HOLDINGS, LLC, et al., | |
| Debtors. | CASE NO.    17-10466-SCC |
| | (Jointly Administered) |
| Runway Liquidation, LLC | |
| Plaintiff, | Adversary No. 19-01048-SCC |
| v. | |
| IDAHO SPECIALIZED TRANSPORTATION INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS, | **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES** |
| Defendant. | |

    Defendant Idaho Specialized Transportation Inc. d/b/a Transgroup Worldwide Logistics ("Transgroup") answers the allegations in plaintiff's Complaint as follows:

    1. Defendant is without sufficient knowledge to admit or deny the allegations in paragraph 1 of the complaint and therefore denies the same.

DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

2. Defendant is without sufficient knowledge to admit or deny the allegations in paragraph 2 of the complaint and therefore denies the same.

3. Defendant admits the allegations in paragraph 3 of the complaint.

4. Defendant is without sufficient knowledge to admit or deny the allegations in paragraph 4 of the complaint and therefore denies the same.

5. Defendant admits the allegations in paragraph 5 of the complaint.

6. Defendant admits the allegations in paragraph 6 of the complaint.

7. Defendant admits the allegations in paragraph 7 of the complaint.

8. Defendant is without sufficient knowledge to admit or deny the allegations in paragraph 8 of the complaint and therefore denies the same.

9. Defendant denies the allegations in paragraph 9 of the complaint.

10. Defendant denies the allegations in paragraph 10 of the complaint.

11. Paragraph 11 of the complaint is a legal conclusion that requires no answer. To the extent an answer is required, defendant denies.

12. For answer to paragraph 12, defendant repeats its answers above.

13. Defendant denies the allegations in paragraph 13 of the complaint.

14. Defendant denies the allegations in paragraph 14 of the complaint.

15. Defendant denies the allegations in paragraph 15 of the complaint.

16. Defendant denies the allegations in paragraph 16 of the complaint.

17. Defendant denies the allegations in paragraph 17 of the complaint.

18. Defendant denies the allegations in paragraph 18 of the complaint.

19. Defendant denies the allegations in paragraph 19 of the complaint.

20. Defendant denies the allegations in paragraph 20 of the complaint.

21. Defendant denies the allegations in paragraph 21 of the complaint.

22. For answer to paragraph 22, defendant repeats its answers above.

23. Defendant denies the allegations in paragraph 23 of the complaint.

DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

24. Defendant denies the allegations in paragraph 24 of the complaint.

25. Defendant denies the allegations in paragraph 25 of the complaint.

Having answered the allegations in plaintiff's complaint, defendant asserts the following

**AFFIRMATIVE DEFENSES**:

1. Failure to name the real party interest.

2. Defendant did not receive any transfers from any of the debtors.

3. To the extent defendant did receive transfers from a debtor, such transfers are protected by the ordinary course of business defense and/or new value defense in 11 U.S.C. §§547(c)(2) and (4).

## REQUEST FOR RELIEF

Based on the foregoing, defendants request relief as follows:

1. Dismissal of plaintiff's claims with prejudice and that plaintiff take nothing thereby;

2. For such other and further relief the Court deems just and equitable.

DATED this 7th day of May, 2019.

TOUSLEY BRAIN STEPHENS PLLC

By: *s/ Kevin A. Bay*
Kevin A. Bay, WSBA #19821
Email: kbay@tousley.com
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Tel: (206) 682-5600/Fax: (206) 682-2992
*Attorney for Defendant*

DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

Executed this 7th day of May, 2019, at Seattle, Washington.

           */s/ Kevin A. Bay*
           Kevin A. Bay, WSBA #19821

5720/002/535754.1

DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 4

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992